No. 557

CHILDREN'S HOSPITAL v. RAYMUND

Ohio Appeals. 4th District. Franklin County.
No. 1168. Decided May 16, 1924.

480. EVIDENCE. — Hypothetical question must accurately state the evidence, to be proper.

.BY THE COURT:

Raymund brought a suit against the Children's Hospital for attorney fees, and recovered a verdict and judgment in the sum of $5,000 and interest. The law suit in which Raymund had rendered the services in question was a will contest case involving the Chittenden will. The Chittenden estate was valued at $1,000,-000. Error was prosecuted from the judgment of the lower court, claiming that the court erred in excluding a certain hypothetical question and also erred in other respects. In sustaining the judgment of the lower court, the Court of Appeals held:

1. As a hypothetical question limited the period of plaintiff's services to 15 days, which was not the evidence, this question was misleading and therefore no error was committed in refusing the same.

Attorneys.—Arnold & Wright, for Children's Hospital; James N. Linton, Hugh Huntington, George R. Hedges, for Raymund. All of Columbus.